■ Keyan R. Price, Appellant, v State of New York, Respondent. (Claim No. 11635.) [896 NYS2d 276]—Appeal from a judgment of the Court of Claims (Rene Forgensi Minarik, J.), entered December 22, 2008. The judgment dismissed the claim after a nonjury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.